**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| BCS SOFTWARE, LLC,<br><br>   Plaintiff,<br><br>v.<br><br>ITRON, INC.,<br><br>   Defendant. | Case No. 6:19-cv-00728-ADA<br><br>JURY TRIAL DEMANDED |

**ORDER GRANTING ITRON, INC.'S UNOPPOSED MOTION FOR**
**INTRA-DISTRICT TRANSFER PURSUANT TO § 1404(A)**

This Court, having considered Itron, Inc.'s Unopposed Motion for Intra-District Transfer Pursuant to § 1404(a) hereby orders that the motion is GRANTED.

It is hereby ORDERED that the above-captioned case be transferred from the Waco Division to the Austin Division of the Western District of Texas and remain on the docket of the Honorable Alan D Albright.

SIGNED this _____ day of _____, 2020.

                HONORABLE ALAN D ALBRIGHT
                UNITED STATES DISTRICT JUDGE