# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| BCS SOFTWARE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> ITRON, INC., <br><br> Defendant. | Case No. 6:19-cv-00728-ADA <br><br> JURY TRIAL DEMANDED |

## ORDER GRANTING ITRON, INC.'S UNOPPOSED MOTION FOR INTRA-DISTRICT TRANSFER PURSUANT TO § 1404(A)

This Court, having considered Itron, Inc.'s Unopposed Motion for Intra-District Transfer Pursuant to § 1404(a) hereby orders that the motion is GRANTED.

It is hereby ORDERED that the above-captioned case be transferred from the Waco Division to the Austin Division of the Western District of Texas and remain on the docket of the Honorable Alan D Albright.

SIGNED this __26th__ day of __June__, 2020.

_____
HONORABLE ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE