**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| BCS SOFTWARE, LLC,<br><br>       Plaintiff,<br><br>v.<br><br>ITRON, INC.,<br><br>       Defendant. | Case No. 1:20-cv-00675-ADA<br><br>JURY TRIAL DEMANDED |

**JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT**

    Plaintiff, BCS Software, LLC and Defendant, Itron, Inc. file this Joint Motion to Stay All Deadlines and Notice of Settlement and respectfully move this Court to stay all unreached deadlines for thirty (30) days.

    All matters in controversy between BCS Software, LLC and Itron, Inc. have been settled, in principle, and the parties respectfully request that the Court stay all unreached deadlines for thirty (30) days so that appropriate dismissal papers may be submitted.

Dated:  July 16, 2020                        Respectfully submitted,

| | |
|---|---|
| */s/ M. Scott Fuller (w/permission)*<br>M. Scott Fuller<br>Texas Bar No. 24036607<br>sfuller@ghiplaw.com<br>Thomas G. Fasone III<br>Texas Bar No. 00786382<br>tfasone@ghiplaw.com<br>GARTEISER HONEA PLLC<br>119 W. Ferguson Street<br>Tyler, Texas 75702<br>Tel:  888.908.4400<br><br>Raymond W. Mort, III<br>Texas var No. 00791308<br>raymort@austinlaw.com<br>THE MORT LAW FIRM, PLLC<br>100 Congress Ave., Suite 2000<br>Austin, Texas 78701 | By: */s/ John M. Guaragna*<br>John M. Guaragna<br>Texas Bar No. 24043308<br>Brian K. Erickson<br>Texas Bar No. 24012594<br>**DLA PIPER LLP (US)**<br>401 Congress Avenue, Suite 2500<br>Austin, TX 78701-3799<br>Tel: 512.457.7125<br>Fax: 512.457.7001<br>john.guaragna@dlapiper.com<br>brian.erickson@dlapiper.com<br><br>Dawn M. Jenkins<br>Texas Bar No. 24074484<br>dawn.jenkins@dlapiper.com<br>**DLA PIPER LLP**<br>1000 Louisiana Street, Suite 2800 |

| | |
|---|---|
| Tel/Fax:  512.865.7950 | Houston, TX 77002-5005<br>Tel. 713.425.8400 |
| *ATTORNEYS FOR PLAINTIFF*<br>*BCS SOFTWARE LLC* | Fax. 713.425.8401<br><br>*ATTORNEYS FOR DEFENDANT*<br>*ITRON, INC.* |

**CERTIFICATE OF SERVICE**

  I certify that the foregoing document was filed electronically on July 16, 2020, pursuant to Local Rule CV-5(a) and has been served on all counsel whom have consented to electronic service.  Any other counsel of record will be served by first class U.S. mail on this same date.

             */s/  John M. Guaragna*
             John M. Guaragna